**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6690

CHRISTOPHER A. WILLS,

Plaintiff – Appellant,

v.

CHARLES P. ROSENBERG; DONNA MARIE STEPHENSON; JOHN ROBERT
STONE; CINDY LUNDBERG; MICHAEL FEIGHTNER; NATHANIEL J.
MCFADDEN; REGINALD A. JOHNSON; MAURICE SIMMONS; JAMES
BLACK; MR. HAMED; MR. ASIB; HELLEN FAYEH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:11-cv-01317-LMB-JFA)

Submitted:  October 30, 2012          Decided:  November 9, 2012

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher A. Wills, Appellant Pro Se. Dennis Carl Barghaan,
Jr., Lauren Anne Wetzler, Assistant United States Attorneys,
Alexandria,  Virginia;  Benjamin  Rogers  Jacewicz,  COUNTY
ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Wills appeals[*] the district court's orders dismissing his civil action asserting claims under 42 U.S.C. § 1983 (2006) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Wills v. Rosenberg, No. 1:11-cv-01317-LMB-JFA (E.D. Va. Jan. 13, 2012 & Feb. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Wills was required to file his notice of appeal by Monday, April 9, 2012. See Fed. R. App. P. 4(a)(1)(C); Fed. R. App. P. 26(a)(1)(C). While the County Defendants argue that this appeal is untimely, we conclude that the record adequately demonstrates timely filing. See Fed. R. App. P. 4(c)(1); Houston v. Lack, 487 U.S. 266, 270 (1988).